# EDWARD V. SAPONE, LLC

LAW FIRM
40 Fulton Street, 23rd Floor
New York, New York 10038
—
Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: edward@saponelaw.com

*BY ECF*

December 15, 2014

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. David Rudolph*
        <u>Ind. No. 14-CR-359 (CM)</u>

Dear Judge McMahon:

I am retained counsel to Defendant David Rudolph in the above-referenced case.

I write, with the Government's consent, to respectfully request an additional one week extension of time within which to file Mr. Rudolph's motions. While we expect this case to be resolved, we do not want to waive his right to make motions until we resolve the case, which we expect to do within the next week or so.

Your Honor's consideration is greatly appreciated.

Respectfully submitted,

<u>S/ *Edward V. Sapone*</u>
Edward V. Sapone

cc:     A.U.S.A. Kan Min Nawaday