**EDWARD V. SAPONE, LLC**

LAW FIRM
40 Fulton Street, 23rd Floor
New York, New York 10038

Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: edward@saponelaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/14

MEMO ENDORSED

BY ECF

December 15, 2014

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. David Rudolph*
Ind. No. 14-CR-359 (CM)

Dear Judge McMahon:

I am retained counsel to Defendant David Rudolph in the above-referenced case.

I write, with the Government's consent, to respectfully request an additional one week extension of time within which to file Mr. Rudolph's motions. While we expect this case to be resolved, we do not want to waive his right to make motions until we resolve the case, which we expect to do within the next week or so.

Your Honor's consideration is greatly appreciated.

Respectfully submitted,

S/ *Edward V. Sapone*
Edward V. Sapone

cc: A.U.S.A. Kan Min Nawaday

---

12/15/14

One week extension to file motions granted. The conf. scheduled for tomorrow (12/16) is adj. to next Monday, Dec. 22, at 11:15. If def does not plead guilty before the adj date, any defense motions must be filed by that date. Time excluded through Dec. 22, 2014, to facilitate the making of motions and in the interest of justice.

[signed] Colleen McMahon